# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| | CASE NUMBER: |
| ANNE–MARIE DEHERRERA | 5:26–cv–00572–SSS–ACCV |
| Plaintiff(s), | |
| v. | |
| REED'S, INC. | **ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |
| Defendant(s). | |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| | | |
|---|---|---|
| | | __NOTICE OF RELATED CASE, NOTICE OF INTENT TO FILE RULE 12 MOTION, AND APPLICATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT, filed as Notice of Motion and Motion to Extend Time to File Answer__ |
| __3/17/26__ | __11__ | |
| Date Filed | Document. No. | Title of Document. |

**IT IS HEREBY ORDERED:**

The document is stricken .

DATED: March 19, 2026          __/s/ *Sunshine Suzanne Sykes*__
                               United States District Judge