GRAVITAS LAW GROUP APC
David J. Scharf (SBN 170083)
Admission Pending
620 Newport Center Dr. Suite 1100
Newport Beach, CA 92660
(714) 975-8281 Office
(714) 441-5827 Fax
Attorneys for Defendant
REED'S INC.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| ANNE-MARIE DEHERRERA, individually and on behalf of all those similarly situated, Plaintiff, <br><br> v. <br><br> REED'S, INC., a Delaware corporation, <br><br> Defendant. | Case No. 5:26-cv-00572 <br><br> NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(1) AND 12(b)(6) <br><br> Hearing Date: May 15, 2026 <br> Hearing Time: 2:00 p.m. <br> Courtroom: 2, 2nd Floor <br> Judge: Hon. Sunshine S. Sykes |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on May 15, 2026, at 2:00 p.m., or as soon thereafter as the matter may be heard, in Courtroom 2 of the United States District Court for the Central District of California, Eastern Division, located at 3470 Twelfth

1

Street, Riverside, California 92501, before the Honorable Sunshine S. Sykes, United States District Judge, Defendant Reed's Inc. ("Reed's") will and hereby does move for an order:

1. Dismissing Plaintiff's erythritol-based claims for lack of subject matter jurisdiction under Rule 12(b)(1), on the grounds that Plaintiff lacks Article III standing because Reed's ceased using erythritol in July 2023—seventeen months before Plaintiff's alleged purchase—and because the claims for injunctive relief as to erythritol are moot;

2. Staying or dismissing Plaintiff's remaining citric acid claims under the first-to-file doctrine in favor of the earlier-filed action, *Herrera v. Reed's Inc.*, No. 3:26-cv-00756 (S.D. Cal.);

3. In the alternative, dismissing Plaintiff's citric acid claims for failure to state a claim under Rule 12(b)(6), on the grounds that the Complaint fails to plausibly allege falsity in light of judicially noticeable USDA and FDA materials classifying fermentation-derived citric acid as "nonsynthetic", "naturally occurring" and not as a preservative;

4. Dismissing the derivative CLRA, UCL, and express warranty claims;

5. Dismissing Plaintiff's claims for restitution, disgorgement, and equitable monetary relief under *Sonner v. Premier Nutrition Corp.*, 971 F.3d 834 (9th Cir. 2020); and

2

6. Granting such other and further relief as the Court deems just and proper.

This motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declarations of David Scharf, Doug McCurdy and Becky Conces and exhibits thereto, the Request for Judicial Notice and exhibits thereto, the pleadings and records on file in this action, and such further oral argument and evidence as may be presented at the hearing on this motion.

This motion is made following the conference of counsel pursuant to Local Rule 7-3 which took place on March 17th, 19th, 31st and April 1st as further detailed in the Declaration of David Scharf.

Dated: April 8, 2026

**GRAVITAS LAW GROUP APC**

By: _____
David J. Scharf
Attorneys for Defendant
Reed's Inc.

3