UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| Case No. | 5:26-cv-00572-SSS-ACCVx | Date | July 22, 2026 |
|---|---|---|---|
| Title | *Anne-Marie DeHerrera v. Reed's Inc.* | | |

Present: The Honorable    SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:  (IN CHAMBERS) ORDER STRIKING MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT [DKT. NO. 30]**

On June 18, 2026, the Court stayed this "action pending the Southern District of California's resolution of the Motion to Dismiss as to Plaintiff's citric acid claims." [Dkt. No. 29, Order at 5]. Now before the Court is Plaintiff Anne-Marie DeHerrera's Motion for Leave to File First Amended Complaint. [Dkt. No. 30, Mot.].

Local Rule 7-3 demands that "counsel contemplating the filing of any motion must first contact opposing counsel to discuss thoroughly, preferably in person, the substance of the contemplated motion and any potential resolution." C.D. Cal. R. 7-3. The conference must occur at least 7 days before the filing of the motion. *Id.* If the parties cannot reach a resolution, counsel for the moving party must include a statement in the notice of motion articulating that the parties met and conferred on a certain date. *Id.*

Further, the Court's Civil Standing Order requires that statement to include "(1) the names of the counselor's present at the conference, (2) when the conference was held, (3) how long the conference lasted, (4) the manner in which the conference was held, (5) what issues were discussed, and (6) what issues the parties were unable to resolve. The parties are further advised that email

correspondence alone is insufficient to satisfy this requirement." [Dkt. No. 9 at 12].

DeHerrera's fails to comply with the meet-and-confer requirements under the Civil Standing Order because she does not include a statement providing the details surrounding the parties' conference. Moreover, she does not offer any evidence to show the motion to dismiss pending before the Southern District of California has been resolved to justify lifting the stay.

Accordingly, the Motion for Leave to File First Amended Complaint is **STRICKEN**. The hearing on August 7, 2026, at 2:00 p.m. is **VACATED**.

**IT IS SO ORDERED.**